**Order entered January 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01015-CV

**MONTEREY MUSHROOMS, INC., ET AL, Appellants**

**V.**

**MAJESTIC REALTY CO, ET AL, Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-02702**

## ORDER

We **GRANT** appellants' January 21, 2014 motion for extension of time to file response brief and **ORDER** the brief be filed no later than February 3, 2014. Appellants are cautioned that no further extensions will be granted absent exigent circumstances.

/s/　　ELIZABETH LANG-MIERS
　　　　JUSTICE